| | |
|---|---|
| 1 | Your Name: _Jane Doe_ |
| 2 | Your Address: _2726 Martin Luther King Jr. Way Berkeley CA 94703_ |
| 3 | Phone Number: _510 - 435-0152_ |
| 4 | Email Address: _janedoelawsuit24@gmail.com_ |
| 5 | Pro Se Plaintiff |

**FILED**

MAR 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Jane Doe

**CV26.02030**

Case Number    [leave blank]

Plaintiff,

v.

City of Berkeley
Thomas Gregory

Defendant.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐    No ☐

**I.    PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: _Jane Doe._

Address: _2726 Martin Luther King Jr. Way Berkeley CA 94703_

Telephone: _510 - 435-0152_

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: ~~Jane Doe~~ JP. City of Berkeley

Address: _2180 Milvia Street, Berkeley CA 94704_

Telephone: ~~510-435-0152~~

Defendant 2:

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

| | |
|---|---|
| Name: | THOMAS GREGORY |
| Address: | 2180 Milvia Street, Berkeley CA 94704 |
| Telephone: | |
| Defendant 3: | |
| Name: | |
| Address: | |
| Telephone: | |

## II.   JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

42 USC 1983 Title II Americans w/ Disabilities Act

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III.   VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☑ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and
   I live in this district.

1    ☑ at least one defendant is located in this District and any other defendants are located in California.

2

3    **IV.    INTRADISTRICT ASSIGNMENT**

4    This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

5    First write in the county in which the events you are suing about happened, and then match it to the correct

6    division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

7    San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

8    Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

9    counties, only if all parties consent to a magistrate judge.

10   5. Because this lawsuit arose in ____Alameda____ County, it should be assigned to the

11   ____SFO____ Division of this Court.

12   **V.    STATEMENT OF FACTS**

13   Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

14   happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

15   **starting with paragraph number 6**. Use more pages as needed.

16   I am a single female and am choosing

17   to identify as Jane Doe for the protection of

18   my person, property, as well as employment

19   status; as my housing situation, if publicly known,

20   can threaten all of the above.

21   I use my vehicle as my main dwelling

22   as I am unhoused. I had safe parking

23   for a few years, but lost that space when

24   the city of Berkeley bought and took over the

25   property in July of 2025 and I was forced

26   to move back onto the street. I, by way

27   of representatives from Where Do We Go Berkeley,

28   recently filed for disability accomodations and

exemptions, as the City has posted for a
recent encampment sweep of 8th and Harrison where
I reside. I requested this based on multiple
medical issues; namely Celiac's disease, digestive
disorders, and R. Arthritis as this location
allows me immediate bathroom access at multiple
locations, immediate access to potable water and
diet required foods, as well as immediate access to
transbay transportation as I commute to San
Francisco. At no point in time was I offered
any recompense for the loss of my safe parking
nor was I properly warned of an impending sweep.
All requests have been denied; including my
repeated offers to move. I do not have a vehicle
with any systems/tank/ refrigerated storage, making
my location absolutely necessary to maintaining
daily tasks necessary to maintain acceptable presentation
for continued employment in San Francisco.
        I am also represented under Berkeley
Homeless Union.
        I have been notified, that despite a
temporary TRO issued by Judge Chen, the city
plans to potentially tow my vehicle starting
march 11th. The loss of my only dwelling
would be financially devastating, as well
as place me in immediate danger to my
person as well as potential loss of

*[Insert this page if you need extra space. Number each paragraph.]*

... my employment and income which is necessary to maintain medically related needs my vehicles provide electricity, protection ... from the elements and is parked in a safe location near others whom I trust

DECLARATION OF _____ IN SUPPORT OF

_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

## VI.    CLAIMS

**First Claim**

Name the law or right violated:

~~42 USC 1983~~ SD Title II Americans w/ Disabilities Act.

Name the defendants who violated it:

The City of Berkeley, THomAS GREGORY

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

The law protects those w/ medical and disability needs who require accomodations to tend to those needs. The city of Berkeley put me in harm's way first and foremost by taking away my gated safe parking, in this immediate area, and forcing me to move onto the street.

I have requested the City move me out of the abatement zone in lieu of permanently apprehending my dwelling, but my offer has not been accepted. by THoMaS GREGORY. THiS ACCoModation was Requested becaase MY DisabiLities make a barrier for me being able To Move MY Home PhysiCally anD mentally So I Need Help getting out of the abatement zone aRounD 8th 3 HARRison street

_____2nd_____ **Claim**

Name the law or right violated:

4th Amendment 42 USC 1983

Name the defendants who violated it:

_____The City of Berkeley, Thomas Gregory_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The City ~~of~~ intends to take my dwelling w/o a warrant. My vehicle is not an obstruction to traffic and not subject to the community caretaker exception to the 4th Amendment.

3rd Claim
14th Amendment 42 USC 1983
State Created Danger Doctrine
July of 2025 I was required to move from my safe Parking Spot, when the City acquired and took over the property, which management had allowed me to live on for years, forcing me onto public streets. I was offered no compensation nor alternatives, at any time. Now the city intends to seize my dwelling, ~~too~~ has denied all my requests for alternatives, and has not provided any alternatives that are safe and allow me to maintain employment; thereby leaving me completely unsheltered and in imminent danger,

Copy this page and insert it where you need additional space.

4th Claim

Fifth Amendment 42 USC 1983
Takings Clause

The City of Berkeley took away my Safe parking tenancy which allowed me to additionally maintain possession of my vehicle dwelling. I received no compensation for this loss. I personally knew those associated w/ the property who provided/allowed my long-term safe parking and do not have access to another similar situation elsewhere.

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I am asking for an immediate restraining order to protect my person and property, against the city's actions. As all requests have been denied and my location on public streets in the abatement zone is a direct result of the City's actions which resulted in my loss of safe parking I am demanding compensation necessary to afford and acquire safe parking at another privately owned location, as these are fairly expensive in light of the Bay Area housing situation.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3/9/26

Sign Name: Jane Doe

Print Name: Jane Doe.