# CIVIL COVER SHEET - for people without lawyers only

JS-CAND 44 (Rev. 04-2025)

Case 3:26-cv-02030-RS   Document 1-1   Filed 03/10/26   Page 1 of 1

See Civil Local Rule 3-2 (amended April 28, 2025), which requires the filing of a civil cover sheet only by those unrepresented by counsel.

3.26-CV-2030 RS

## I. PLAINTIFF(S)
Jane Doe,

**County of Residence of First Listed Plaintiff:** ALAMEDA
*Leave blank in cases where United States is plaintiff.*

**Attorney or Pro Se Litigant Information** *(Firm Name, Address, and Telephone Number)*
PRO SE

## DEFENDANT(S)
City of Berkeley, Thomas Gregory

**County of Residence of First Listed Defendant:** ALAMEDA
*Use ONLY in cases where United States is plaintiff.*

**Defendant's Attorney's Name and Contact Information** *(if known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] U.S. Government Plaintiff
- [x] Federal Question (U.S. Government Not a Party)
- [ ] U.S. Government Defendant
- [ ] Diversity

## III. CAUSE OF ACTION
Cite the U.S. Statute under which you are filing: *(Use jurisdictional statutes only for diversity)*
42 USC 1983

**Brief description of case:** enforce

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment

(195 Contract Product Liability circled)

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another District
- [ ] Multidistrict Litigation-Transfer
- [ ] Multidistrict Litigation-Direct File

## VI. FOR DIVERSITY CASES ONLY: CITIZENSHIP OF PRINCIPAL PARTIES

## VII. REQUESTED IN COMPLAINT
- [ ] Check if the complaint contains a **jury demand**.
- [ ] Check if the complaint contains a **monetary demand**. Amount:
- [ ] Check if the complaint seeks **class action** status under Fed. R. Civ. P. 23.
- [ ] Check if the complaint seeks a **nationwide injunction** or Administrative Procedure Act vacatu

## VIII. RELATED CASE(S) OR MDL CASE
Prado v City of Berkeley
Berkeley Homeless Union v City of Berkeley

## IX. DIVISIONAL ASSIGNMENT pursuant to Civil Local Rule 3-2
*(Place an "X" in One Box Only)*
- [x] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE

**DATE** March 9 2026

**SIGNATURE OF ATTORNEY OR PRO SE LITIGANT** Jane Doe